# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RACHAEL DAY

NO. 2025 KW 0794

**OCTOBER 6, 2025**

---

In Re: Rachael Day, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-08118.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's motion to quash the grand jury indictment, filed November 14, 2024, on or before November 5, 2025, and to provide this court with a copy of its ruling by November 12, 2025. Counsel shall be sent a copy of any pro se pleading filed by his client and notice of any hearing scheduled to consider a pro se filing. See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (*per curiam*). See also **State v. Alexander**, 2007-1236 (La. App. 3d. Cir. 4/9/08), 980 So.2d 877.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT